GEORGE G. FREER et al., Appellants, *v.* THE GLEN SPRINGS SANITARIUM COMPANY et al., Respondents.

(Submitted April 25, 1910; decided May 3, 1910.)

Motion for re-argument denied, with ten dollars costs. (See 198 N. Y. 575.)